[No. 32063-7-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
JAMES COOGAN, ET AL, *Defendants*, BRIAN CHARLES
CORNELIUS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03180-5, Ricardo S. Martinez, J., entered

December 18, 1992. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Becker and Schultheis, JJ.